

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-12-00262-CV

Trial Court Cause
Number: 1066372

Style: Melissa Machelle Clark and Stetson Benningfield

**v** EOG Resourses Inc., Vaquero Services L.P., Vaquero Exploration, L.L.C.

Date motion filed[*]: February 19, 2013

Type of motion: Extension of time

Party filing motion: Court Reporter

Document to be filed: Reporter's Record

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:    0
    Date Requested:    30 days

Ordered that motion is:

☒ Granted

   If document is to be filed, document due:  March 20, 2013

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
                 ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 22, 2013